E-FILED 06/06/2013
JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

*William Joe White*,

       **Plaintiff,**

    v.

*Los Angeles Cold Storage Company, et al.*,

       **Defendants.**

CASE NO. CV 12-10977-GHK (Ex)

**JUDGMENT**

    Pursuant to the Court's June 6, 2013 Order, IT IS HEREBY ADJUDGED that Plaintiff William Joe White's claims against Defendants Los Angeles Cold Storage Company and Larry Rauch are **DISMISSED with prejudice.**

    **IT IS SO ORDERED**.

DATED: June 6, 2013

_____
GEORGE H. KING
Chief United States District Judge